UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:17-161 (TSC) |
| | : | |
| IMRAN AWAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO RETURN PROPERTY**

Plaintiff, the United States of America, by and through the United States Attorney for the District of Columbia, respectfully responds to Imran Awan's ("the defendant") Motion to Return Property ("defendant's motion"), ECF No. 10.

While the United States does not oppose the relief sought in the defendant's motion, it respectfully requests that this Court require that the approximately $9,000 in U.S. currency seized from the defendant be transferred from the FBI, the current custodian of those funds, directly into the defendant's escrow account with Gowen, Rhoades, Winograd & Silva PLLC.

The United States further request this Court order that the defendant not personally have access to these funds—to include receiving any payouts from his attorney's escrow account—without notice to the United States and the Court's written approval.

The United States requests that this Court issue the attached Proposed Order requiring that, upon release of the approximately $9,000 in U.S. currency seized during the arrest, the funds be transferred from the government directly into the defense counsel's escrow account. The United States further requests that the defendant not personally have access to these funds—to include receiving any payouts from his attorney's escrow account—without notice to the United States and the Court's written approval.

The United States has conferred with counsel for the defendant about these requests. Counsel for defendant does not object to entry of the Proposed Order.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the attached Proposed Order be granted and that the conditions of the release of funds be dictated as specified therein.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

_____/s/_____
ZIA FARUQUI, D.C. Bar No. 494990
Assistant United States Attorney
MARINA C. STEVENSON, D.C. Bar No. 00452
Special Assistant United States Attorney
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 252–7117
Zia.Faruqui@usdoj.gov
Marina.Stevenson2@usdoj.gov