UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 1:17-161 (TSC) |
| | : | |
| **IMRAN AWAN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

For the reasons articulated in the Government's Response to Defendant's Motion to Return Property, it is hereby

**ORDERED** that Defendant's Motion to Return Property is **GRANTED**. It is further

**ORDERED** that upon issuance of this Order, the Federal Bureau of Investigation **SHALL** directly deposit the approximately $9,000 seized from Imran Awan at the time of his arrest into his client escrow account at Gowen, Rhoades, Winograd & Silva PLLC. It is further

**ORDERED** that these funds **SHALL** only be used to pay for Imran Awan's legal representation in this criminal case. It is further

**ORDERED** that Imran Awan **SHALL NOT** have direct access to these fund nor shall he receive any payout from the escrow account, without notice to the United States and then only with the Court's written approval.

**SO ORDERED** this _____ day of _____.

_____
TANYA S. CHUTKAN
United States District Judge