UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.: 1:17-cr-00161 (TSC)** |
| v. | : | |
| | : | |
| **IMRAN AWAN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Zia Faruqui, at telephone number 202-252-7117, hereby informs the Court that he is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

BY:   /s/ *Zia M. Faruqui*
ZIA M. FARUQUI
Assistant United States Attorney
D.C. Bar No. 494990
Asset Forfeiture and Money Laundering Section
555 Fourth Street, NW, Room 4820
Washington, D.C. 20530
(202) 252-7117
Zia.Faruqui@usdoj.gov