# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No.: 17-cr-00161 (TSC) |
| v. | : |
| IMRAN AWAN, and | : |
| HINA ALVI | : |
| Defendants. | : |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the following discovery correspondence authored on August 31, 2017, and served on the same day:

1. One letter from Assistant United States Attorneys Jonathan Hooks and David Kent, served on Defendant Imran Awan's counsel via hand delivery; and

2. One letter from the undersigned Assistant United States Attorney served on Defendant Imran Awan's counsel via email.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By:           /s/
Michael J. Marando
N.Y. Bar No. 4250395
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Tel. (202) 252-7068

Enclosures