

U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 31, 2017

By Hand

Aaron Page, Esq.
Gowen Rhoades Winograd & Silva PLLC
513 Capitol Court N.E., Suite 100
Washington, D.C. 20002

    Re:    *U.S. v. Imran Awan*, 17-CR-161

Dear Mr. Page:

    Enclosed please find a forensic image of the hard drive, which was recovered from the Longworth House Office Building on April 6, 2017, and a forensic image of the laptop computer, which was seized from your client at the time of his arrest. Also enclosed please find copies of materials from the notebook and laptop bag, which also were recovered from the Longworth House Office Building on April 6, 2017. Please let us know if you have any questions or concerns.

    Sincerely,

    CHANNING D. PHILLIPS
    United States Attorney

  By:    /s/
    JONATHAN P. HOOKS
    DAVID B. KENT
    Assistant United States Attorneys
    (202) 252-7796 (Hooks)
    (202) 272-7762 (Kent)
    Jonathan.Hooks@usdoj.gov
    David.Kent@usdoj.gov

Enclosures

cc: AUSA Michael Marando (w/o enclosures)