

U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 31, 2017

Christopher J. Gowen, Esq.                     Aaron Marr Page, Esq.
Jesse Winograd, Esq.                           Law Office of Aaron Marr Page
Gowen Rhodes Winograd & Silva PLLC             513 Capitol Court NE, Suite 100
513 Capitol Court N.E., Suite 100              Washington, DC 20002
Washington, D.C. 20002

        Re:     <u>United States v. Imran Awan, 17-cr-161 (TSC)</u>

Dear. Messrs. Gowen, Winorgad, and Page:

Pursuant to the proposed Protective Order filed with the Court on August 29, 2017, we provided you with the following records today by DVD, and through our office's online file sharing program, USAfx, having the Bates Numbers shown on the attached spreadsheet.

During the course of this voluminous discovery, the Government might inadvertently produce material that is not subject to the Government's discovery obligations or that was not intended to be produced in a particular form.  In such circumstances, the Government requests, pursuant to the Proposed Protective Order, that the defendant return all such material to the Government.

To the extent you have any questions, please do not hesitate to contact me.

Sincerely,

CHANNING D. PHILLIPS
United States Attorney

By:  <u>/s/  Michael J. Marando</u>
     MICHAEL J. MARANDO
     Assistant United States Attorneys

Enclosure