AO 442 (Rev 11/11) Arrest Warrant

*10368673*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 1:17-mj-524 |
| IMRAN AWAN | ) Assigned To: Magistrate Judge Deborah A. Robinson |
| | ) Date Assigned: 07/24/2017 |
| | ) Description: Complaint & Arrest Warrant |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   IMRAN AWAN ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 1344 (BANK FRAUD)

QUASH 9/8/2017

Date:     07/24/2017

_____
*Issuing officer's signature*

Deborah A. Robi...
United States Magistrate Judge
*Printed name and title*

City and state:     WASHINGTON, DC

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____            _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

2017 AUG 18 AM 10: 45

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:17-cr-00161 |
| Hina Alvi | ) Assigned To : Chutkan, Tanya S. |
| | ) Assign. Date : 8/17/2017 |
| | ) Description: INDICTMENT (B) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Hina Alvi                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy)
18 U.S.C. § 1344 (Bank Fraud)
18 U.S.C. § 1014 (False Statement on Loan or Credit Application)
18 U.S.C. § 1957 (Monetary Transactions)

QUASH 9/8/[...]

Date:   08/17/2017                                          _____
                                                                            *Issuing officer's signature*

City and state:   Washington, D.C.                      Hon. Robin M. Meriweather
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |