UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: 1:17-161 (TSC) |
| IMRAN AWAN, | : | **FILED** |
| Defendant. | : | SEP 15 2017 |
| | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

For the reasons articulated in the Government's Response to Defendant's Motion to Return Property, it is hereby

**ORDERED** that Defendant's Motion to Return Property is **GRANTED**. It is further

**ORDERED** that upon issuance of this Order, the Federal Bureau of Investigation **SHALL** directly deposit the approximately $9,000 seized from Imran Awan at the time of his arrest into his client escrow account at Gowen, Rhoades, Winograd & Silva PLLC. It is further

**ORDERED** that these funds **SHALL** only be used to pay for Imran Awan's legal representation in this criminal case. It is further

**ORDERED** that Imran Awan **SHALL NOT** have direct access to these funds nor shall he receive any payout from the escrow account, without notice to the United States and then only with the Court's written approval.

**SO ORDERED** this 14th day of September 2017.

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge