# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**IMRAN AWAN,**<br><br>               *Defendant*. | Case No: 1:17-cr-00161-TSC |

## ORDER

Upon consideration of Defendant's Motion to Modify Conditions of Release, and the Government's Opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part, and it is further

**ORDERED** that Defendant's curfew is modified to require him to be home between the hours of 12 a.m. and 6 a.m. The Defendant shall continue wearing the GPS monitoring device.

**ORDERED** that Defendant is permitted to travel within a 150-mile radius of his stated residence.

**ORDERED** that all other conditions of release stated in the Release to PSA's High Intensity Supervision Program form, dated July 25, 2017, shall remain in place.

It is **SO ORDERED** this the 19th day of September, 2017.

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge