

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 6, 2017

<u>By Hand</u>

Christopher Gowen, Esq.
Jesse Winograd, Esq.
Aaron Page, Esq.
Gowen Rhoades Winograd & Silva PLLC
513 Capitol Court N.E., Suite 100
Washington, D.C.  20002

     Re:    *U.S. v. Imran Awan*, 17-CR-161

Dear Counsel:

     As noted to you previously, we are the filter attorneys assigned to the above-referenced case.  Enclosed please find the original notebook, which was recovered from a backpack in the Rayburn[1] House Office Building on April 6, 2017.  We provided a copy of this item to you on August 31, 2017.  Please let us know if you have any questions or concerns.

               Sincerely,

               JESSIE K. LIU
               United States Attorney

           By:       /s/
               JONATHAN P. HOOKS
               DAVID B. KENT
               Assistant United States Attorneys
               (202) 252-7796 (Hooks)
               (202) 272-7762 (Kent)
               Jonathan.Hooks@usdoj.gov
               David.Kent@usdoj.gov

---

[1] The August 31, 2017, production letter inadvertently and incorrectly noted that the backpack was recovered from the Longworth House Office Building.

Enclosure

cc: AUSA Michael Marando (w/o enclosure)