

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 6, 2017

<u>VIA EMAIL AND USAfx</u>

Nikki Lotze, Esq.
400 7th Street NW #201
Washington, D.C. 20004

      Re:    <u>United States v. Hina Alvi, 17-cr-161 (TSC)</u>

Dear Ms. Lotze:

      Pursuant to the Protective Order signed by the Court on October 3, 2017, we are providing you with discovery in the above-captioned matter via our office's file sharing website, USAfx. The records and files being provided have the Bates Numbers shown on the spreadsheet uploaded to the USAfx folder.

      During the course of this voluminous discovery, the Government might inadvertently produce material that is not subject to the Government's discovery obligations or that was not intended to be produced in a particular form. In such circumstances, the Government requests that the Proposed Protective Order require the defendant to return all copies of such material to the Government.

      To the extent you have any questions, please contact me via email or at (202) 252-7068.

                      Sincerely,

                      JESSIE K. LIU
                      United States Attorney

           By:  /s/ *Michael J. Marando*
               MICHAEL J. MARANDO
               Assistant United States Attorneys

Enclosure