# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**IMRAN AWAN**<br><br>　　　　　Defendant. | Case No: 1:17-cr-00161-TSC |

## ORDER

Upon consideration of Defendant Imran Awan's Motion to Modify Conditions of Release (ECF No. 44), and the Government's Opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part, and it is further

**ORDERED** that Defendant's curfew and drug testing/drug program requirements are hereby vacated. Defendant shall continue wearing the GPS monitoring device and is still permitted to travel within a 150-mile radius of his stated residence.

**ORDERED** that all other conditions of release stated on the Release to PSA's High Intensity Supervision Program form (ECF No. 8), including Defendant's reporting obligations, shall remain in place.

Dated: January 3, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge