UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**IMRAN AWAN, and HINA ALVI**<br><br>**Defendants.** | **Case No. 17-cr-00161 (TSC)** |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**
**AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this consent motion to continue the status conference scheduled for March 8, 2018, at 9:30 a.m., to May 4, 2018, and to toll the Speedy Trial Act time in the interim. In support of this motion, the government submits the following:

    1.    The defendants are charged by indictment with: (1) conspiracy to commit bank fraud, false statements on a loan or credit application, and unlawful monetary transactions, in violation of 18 U.S.C. § 371; (2) bank fraud, in violation of 18 U.S.C. § 1344(2); (3) false statements on a loan or credit application, in violation of 18 U.S.C. § 1040; and (4) and unlawful monetary transactions, in violation of 18 U.S.C. § 1957.

    2.    The Court scheduled the next status conference in this matter for March 8, 2018, at 9:30 a.m. The defendants have since contacted the Government and have requested additional time in this matter to review the discovery in this case and to assess their options regarding an attorney-client privilege issue raised by defendant Imran Awan. The government does not oppose the defendants' request.

    3.    The government understands the Court is available for a continued status conference on May 4, 2018. The parties are available any time that day. Therefore, the parties

respectfully request that the status conference currently scheduled for March 8, 2018, be continued to May 4, 2018.

4.     Counsel for both defendants have informed the government that their clients have agreed to toll the Speedy Trial clock during this continuance. 18 U.S.C. § 3161(h)(7)(A) allows the Court to exclude a period of time from the Speedy Trial Act calculation if the Court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." In this case, the ends of justice are served by affording the defendants additional time to review the discovery in this matter and to assess their options regarding an attorney-client privilege issue raised by defendant Awan.

WHEREFORE, for the foregoing reasons, and for any other such reasons as may appear to the Court, the government respectfully requests that the Court enter the proposed order continuing the status hearing to May 4, 2018, and excluding from computation under the Speedy Trial Act the period of time covered by that continuance.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:     /s/
Michael J. Marando
N.Y. Bar No. 4250395
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Tel. (202) 252-7068