## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**IMRAN AWAN, and**<br>**HINA ALVI**<br><br>**Defendants.** | **Case No. 17-cr-00161 (TSC)** |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE
### AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this consent motion to continue the status conference scheduled for June 7, 2018, at 10:00 a.m., to July 3, 2018, and to toll the Speedy Trial Act time in the interim. In support of this motion, the government submits the following:

1. The defendants are charged by indictment with: (1) conspiracy to commit bank fraud, false statements on a loan or credit application, and unlawful monetary transactions, in violation of 18 U.S.C. § 371; (2) bank fraud, in violation of 18 U.S.C. § 1344(2); (3) false statements on a loan or credit application, in violation of 18 U.S.C. § 1040; and (4) and unlawful monetary transactions, in violation of 18 U.S.C. § 1957.

2. The Court scheduled the next status conference in this matter for June 7, 2018, at 10:00 a.m. The parties are currently negotiating a resolution of this matter. The parties expect that this will be the last joint continuance for purposes of negotiating a resolution and will be prepared to schedule the matter ahead at the continued status date.

3. The government understands the Court is available for a continued status conference on July 3, 2018. The parties are available that day. Therefore, the parties respectfully request that the status conference currently scheduled for June 7, 2018, be continued to July 3,

2018.

4.  Counsel for both defendants have informed the government that their clients have agreed to toll the Speedy Trial clock during this continuance.  18 U.S.C. § 3161(h)(7)(A) allows the Court to exclude a period of time from the Speedy Trial Act calculation if the Court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  In this case, the ends of justice are served by affording the parties additional time to negotiate a resolution of this matter.

WHEREFORE, for the foregoing reasons, and for any other such reasons as may appear to the Court, the government respectfully requests that the Court enter the proposed order continuing the status hearing to July 3, 2018, and excluding from computation under the Speedy Trial Act the period of time covered by that continuance.

                    Respectfully submitted,

                    JESSIE K. LIU
                    United States Attorney
                    D.C. Bar No. 472845

By: _____/s/_____
                    Michael J. Marando
                    N.Y. Bar No. 4250395
                    Assistant United States Attorney
                    555 4th Street, NW
                    Washington, DC 20530