# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 17-CR-00161 (TSC) |
| v. | VIOLATION: |
| **IMRAN AWAN** | 18 U.S.C. § 1014 |
| | (False Statements on Loan and Credit Applications) |
| **Defendant.** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney J.P. Cooney is entering his appearance in the above-captioned matter as co-counsel for the United States of America.

                                          Respectfully submitted,

                                          JESSIE K. LIU
                                          United States Attorney for the District of Columbia

By:   /s/ *J.P. Cooney*
         J.P. COONEY
         D.C. Bar No. 494026
         joseph.cooney@usdoj.gov
         Chief, Fraud and Public Corruption Section
         U.S. Attorney's Office for the District of Columbia
         555 4th Street, N.W.
         Washington, D.C. 20530

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2018, a copy of this Notice of Appearance was served by Electronic Court Filing upon Christopher Gowen, counsel for the defendant.

      /s/ *J.P. Cooney*
J.P. Cooney
Chief, Fraud and Public Corruption Section