CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 17-161 (TSC) |
| ) | |
| ) | **FILED** |
| IMRAN AWAN ) | JUL 0 3 2018 |
| ) | Clerk, U.S. District and Bankruptcy Courts |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury

_____
Defendant

_____
Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____     Date: 7/3/2018
Judge Tanya S. Chutkan