**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**IMRAN AWAN** *et. al.*,<br><br>*Defendants*. | **Case No: 1:17-cr-00161-TSC** |

**REQUEST TO WITHDRAW DOCUMENT**

Defendant, Imran Awan, through counsel, respectfully moves this Court and Clerk to withdraw and disregard the filing submitted today as it was filed in error.

Respectfully submitted,

Dated: August 17, 2018

/s/ Christopher Gowen
Christopher Gowen
D.C. Bar No. 995102
Aaron Marr Page
D.C. Bar No. 974936
Gowen Silva & Winograd PLLC
513 Capitol Court N.E., Suite 100
Washington, D.C. 20002
T: 202-618-2218
F: 202-499-1370
aaron@ampjustice.com
cgowen@gowensilva.com
*Attorneys for Defendant Imran Awan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of August 2018, the foregoing with filed through the court's electronic filing system and served on all counsel of record.

Dated: <u>August 17, 2018</u>					<u>/s/ Christopher Gowen</u>