# EXHIBIT B3

